UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-03130-JAM-CSK |
| | No. 2:24-cv-03208-JAM-CSK |
| | No. 2:24-cv-03209-JAM-CSK |
| | No. 2:24-cv-03210-JAM-CSK |
| | No. 2:24-cv-03211-JAM-CSK |
| | No. 2:24-cv-03216-JAM-CSK |
| | No. 2:24-cv-03217-JAM-CSK |
| | No. 2:24-cv-03218-JAM-CSK |
| | No. 2:24-cv-03219-JAM-CSK |
| | No. 2:24-cv-03222-JAM-CSK |
| | |
| | ORDER |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious

1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any
2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
5  the Court to open a new case for each attempted new pleading and assign it to the Court for
6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

   The Court has reviewed the complaints/petitions filed in the above-captioned cases and
   finds they are related to Plaintiff's Alameda County criminal conviction.[1]

   Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03130, 2:24-cv-03208, 2:24-cv-03209, 2:24-cv-03210, 2:24-cv-3211, 2:24-cv-03216, 2:24-cv-03217, 2:24-cv-03218, 2:24-cv-03219 and 2:24-cv-03222 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted.**

Dated: December 3, 2024                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-03130, plaintiff names the Yuba County Superior Court.  To the extent plaintiff intended to raise the claims raised in 2:24-cv-03130 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-03130 are related to Plaintiff's Alameda County criminal conviction.